# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREW JOHN HOLMGREN,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71392

**FILED**

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus.[1] Petitioner seeks release from custody. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction as petitioner has a plain, speedy, and adequate remedy in the ordinary course of law.[2] *See* NRS 34.160; NRS 34.170; NRS 34.700. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Andrew John Holmgren
      Attorney General/Carson City

---

[1]The motion to waive the filing fee is denied as no filing fee was charged. *See* NRS 2.250(1)(d)(3).

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

16-35939